1  McGREGOR W. SCOTT
   United States Attorney
2  MARK McKEON
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   Federal Building
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone: (559) 497-4085



FILED
DEC 2 2 2006
CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:06-cr-00343 AWI |
|---|---|
| Plaintiff, | ) ORDER CONTINUING |
| | ) APPELLEE'S BRIEF |
| v. | ) |
| NANYO PONCE-TORRES, | ) |
| Defendant. | ) |

Per the parties stipulation, IT IS HEREBY ORDERED that the filing of appellee's brief due December 29, 2006 shall be continued to January 16, 2007 and the appellant's reply brief shall be due by January 23, 2007.

_____
ANTHONY W. ISHII
U.S. District Court Judge

3