IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff-Appellee, ) <br> ) <br> v. ) <br> ) <br> NANYO PONCE-TORRES, ) <br> ) <br> Defendant-Appellant. ) <br> _____ ) | D.C. Number: CR F 06-343 AWI <br><br> [Mag. No. 1:06 mj 236 LJO] <br><br> ORDER ON APPELLANT'S APPEAL |

      On January 25, 2007, Appellant Nanyo Ponce-Torres pled guilty to operating a motor vehicle with a suspended license and to operating a motor vehicle with an open container of alcohol. See Magistrate's Docket Doc. No. 24. On June 28, 2007, it was reported that Ponce-Torres had paid his fines and had no new arrests. See Magistrate's Docket Entry 25. The same date, Magistrate Judge Snyder granted Ponce-Torres's motion to terminate probation and then closed the case. See id.

      Prior to the plea, Ponce-Torres made his initial appearance before then Magistrate Judge O'Neill on September 25, 2006. As per the then existing local rule, Ponce-Torres was fully shackled. The Magistrate Judge denied Ponce-Torres's motion/request to be unshackled.

      Ponce-Torres later filed this appeal to this Court in which he challenges the legality of Local Rule 43-401 and Eastern District of California General Order 449. Ponce-Torres argues that the Local Rule and General Order are contrary to law. However, on May 24, 2007, Eastern

District of California Local Rule 460 was issued.  That General Order reads in relevant part, "It is hereby ordered that the judges of the Eastern District hereby VACATE General Order 449 and Local Crim. Rule 43-401 adopted September 12, 2006 . . . ."  Eastern District of California General Order 460.[1]  Also, the "Applicability" section of current Local Criminal Rule 43-401, which is the Eastern District of California's shackling rule, reads in part: "Applicability.  This rule is applicable to the shackling of in custody defendants during criminal court proceedings convened in the Sacramento courthouse."  Local Rule 43-401.

The General Order and Local Rule about which Ponce-Torres complains no longer exist.  Further, the current Local Rule dealing with shackling only applies in Sacramento, and Ponce-Torres appeared within the Fresno Division.  In light of General Order 460, Ponce-Torres's appeal is now moot.

Accordingly, IT IS HEREBY ORDERED that Nanyo Ponce-Torres's appeal is DENIED as MOOT and the Clerk is directed to CLOSE this case.

IT IS SO ORDERED.

**Dated:   March 19, 2008**          /s/ Anthony W. Ishii
                                                              UNITED STATES DISTRICT JUDGE

---

[1] General Order 460 can be found at: http://www.caed.circ9.dcn/newintranet/Documents/General_orders/460.pdf